UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MTISHA JACKSON                                                                                        PLAINTIFF

v.                                                                        CIVIL ACTION NO. 3:16cv334-DPJ-FKB

CITY OF JACKSON                                                                                    DEFENDANT

ORDER

This civil-rights action is before the Court on the Report and Recommendation [5] of United States Magistrate Judge F. Keith Ball.  On May 27, 2016, after granting Plaintiff Mtisha Jackson's Motion to Proceed In Forma Pauperis [2], Judge Ball recommended that Jackson's claims be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief may be granted.  *See* Report & Recommendation [5].  Jackson was given fourteen (14) days—or until June 10, 2016—to file written objections to the proposed findings or to amend her complaint.  *Id.*  To date, Jackson has not filed any objections or an amended complaint, and the time to do so has now passed.

Accordingly, the Court finds that the unopposed Report and Recommendation [5] of the United States Magistrate Judge entered in this cause should be adopted as the opinion of this Court.  Pursuant to the Court's authority under § 1915(e)(2)(B)(ii), the entire action is hereby dismissed without prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 8th day of August, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE